United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John P Leslie  
Diana Leslie  
    Debtors

Case No. 17-18031-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: YvetteWD　　　　　　Page 1 of 1　　　　　　Date Rcvd: Apr 06, 2018  
　　　　　　　　　　　　　　Form ID: 195　　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db/jdb　　　　+John P Leslie,   Diana Leslie,   22 Towns Road,   Levittown, PA 19056-1534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
　　　　KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
　　　　MICHAEL P. KELLY    on behalf of Debtor John P Leslie mpkpc@aol.com,    r47593@notify.bestcase.com  
　　　　MICHAEL P. KELLY    on behalf of Joint Debtor Diana  Leslie mpkpc@aol.com,  
　　　　 r47593@notify.bestcase.com  
　　　　ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com  
　　　　ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,  
　　　　 rholber@ecf.epiqsystems.com  
　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                  : Chapter 7

John P Leslie and Diana Leslie                           : Case No. 17−18031−mdc

       Debtor(s)

***ORDER***
_____

AND NOW, this day , 6th of April 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

15
Form 195